IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMIR ISA AL-MALIK,

    Plaintiff,

  v.

U.S. DEPARTMENT OF EDUCATION,
NATIONWIDE COLLECTION AGENCY,
LTD COLLECTION AGENCY, and
LOUISIANA DEPARTMENT OF
EDUCATION,

    Defendants.
                               /

No. C 11-02339 WHA

**ORDER TO SHOW CAUSE**

On June 30, 2011, a motion to dismiss plaintiff's complaint was noticed for a hearing on August 4, 2011 (Dkt. No. 14). Pursuant to Civil Local Rule 7-3, plaintiff was required to file an opposition or statement of non-opposition to the motion by July 14, 2011. No such filing has been made. <u>Plaintiff Amir Isa Al-Malik is ordered to file a statement showing cause for his failure to respond the motion by **AUGUST 10, 2011**</u>. This order to show cause does not grant permission to file a late opposition to the motion. The hearing set for August 4, 2011, is **VACATED**. A new hearing will be set if necessary. If plaintiff Amir Isa Al-Malik does not respond by August 10, this case will be dismissed for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: July 19, 2011.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE