IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMIR ISA AL-MALIK,

    Plaintiff,

  v.

UNITED STATES DEPARTMENT OF EDUCATION, NATIONWIDE COLLECTION AGENCY, LTD COLLECTION AGENCY, and LOUISIANA DEPARTMENT OF EDUCATION,

    Defendants.

No. C 11-02339 WHA

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE REMANDED**

The United States Department of Education removed this action to federal district court pursuant to 28 U.S.C. 1442(a)(1). The USDOE has since been dismissed from the action. Accordingly, Section 1442 no longer provides a basis for exercising federal jurisdiction. Any party opposing remand is hereby **ORDERED TO SHOW CAUSE** why this action should not be remanded to state court. Responses to this order must be filed by **SEPTEMBER 19, 2011**. If no response is filed or if no basis for jurisdiction is demonstrated, then the action will be remanded to the state court in which it was filed. *Plaintiff Amir Isa Al-Malik must promptly serve a copy of this order on each of the remaining defendants.*

**IT IS SO ORDERED.**

Dated: August 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE