IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMIR ISA AL-MALIK,

    Plaintiff,

  v.

UNITED STATES DEPARTMENT
OF EDUCATION, NATIONWIDE
COLLECTION AGENCY,
LTD COLLECTION AGENCY,
and LOUISIANA DEPARTMENT
OF EDUCATION,

    Defendants.

No. C 11-02339 WHA

**ORDER REMANDING ACTION TO ALAMEDA COUNTY SUPERIOR COURT**

    The United States Department of Education removed this action to federal district court pursuant to 28 U.S.C. 1442(a)(1). The USDOE has since been dismissed from the action (Dkt. No. 24). Accordingly, Section 1442 no longer provides a basis for exercising federal jurisdiction. Any party opposing remand was ordered to show cause why this action should not be remanded to state court (Dkt. No. 25). No response was filed. The action therefore is **REMANDED** to the Alameda County Superior Court. **THE CLERK SHALL FORWARD THE FILE.**

    **IT IS SO ORDERED.**

Dated: September 26, 2011.

                                                            WILLIAM ALSUP
                                                            UNITED STATES DISTRICT JUDGE